U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JUL 3 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN B. WALKER,<br>Plaintiff | CIVIL ACTION<br>Section "P"<br>Docket No. 1:05 cv 0477 |
| VERSUS | |
| CORRECTIONS CORPORATION<br>OF AMERICA, et al.,<br>Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that defendant's motion for summary judgment be GRANTED and Walker's action against Corrections Corporation of America, Timothy Wilkinson, Mona Heyse, Martha Booker, Brenda Smiley, Barbara Toms and Jeremy Sauce be DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Walker's complaint against Linda Ramsey, Richard Stalder, Timothy Keith, Tina Gold, Nicole Scott, Patricia Thomas, Ann Boyd, Jennifer C. Johnson, Coleman, Lane, Pinkey, King, Willard, Rachel, Miles, Whitaker, Malone, Brice, McCuire, Smith, Clark and Daigrepont be DISMISSED WITHOUT PREJUDICE

in accordance with Fed.R.Civ.P. 4(m).

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 30th day of July, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE